# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4298
Lower Tribunal No. 22-CF-015853

_____

JOSEPH EDWARD KUCZKO, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Bruce E. Kyle, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and PRATT, JJ., concur.


Blair Allen, Public Defender, and Lisa B. Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes and Wendy Buffington, Senior Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED